UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID MOORE**, <br><br> Petitioner, <br><br> vs. <br><br> **HEIDI E. WASHINGTON**, <br><br> Respondent. | **2:22-CV-11986-TGB-CI** <br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan:  January 31, 2023.

                                             KINIKIA ESSEX
                                             CLERK OF THE COURT

                                             s/A. Chubb
                                             Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE